Name: Al EPPERSON
Address: 4736 E. HANNIBAL
Phone: 480-208-5488

FILED
2009 MAY 29 PM 2:23
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

In Re:
ALPHONSO EPPERSON
JENNIFER EPPERSON

             Debtor.

Chapter 13

Case No. 2:09-BK-05146 SSC

Please reinstate bankruptcy case
Fee has been paid in full

Date 5-29-09           Signature /s/