2

# FILED

AUG 11 2009

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

ALPHONSO EPPERSON
JENNIFER MARIE EPPERSON
4736 E Hannibal Street
Mesa, Arizona 85205

Debtors pro se

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In Re:

ALPHONSO EPPERSON and
JENNIFER MARIE EPPERSON

Debtors.

WELLS FARGO HOME MORTGAGE

Movant,

v.

ALPHONSO EPPERSON and
JENNIFER MARIE EPPERSON, debtors;
EDWARD J MANEY, Trustee,

Respondents.

Chapter 13

No. 2:09-bk-05146-SSC

RESPONSE TO MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY

COME NOW debtors, appearing pro se in this matter, and for their response to movant's motion to lift the automatic bankruptcy stay and enter the following.

1. Commencing with the allegations of the motion at the second page (the pages are unnumbered), debtors admit the allegations in paragraphs 1 through 4.

2. Answering paragraph 5 (commencing at the top of the third page), debtors deny the allegations contained therein, and allege that in fact they did send the May 2009 payment to movant but movant returned same and thereafter has refused to accept all other and subsequent proffered payments.

3. Answering paragraph 6, debtors deny the allegations contained therein.

4. Answering paragraph 7, debtors deny the factual allegations contained therein but express no objection to colloquy and other contact with movant to work out a loan modification agreement.

5. Answering paragraph 8, debtors deny the allegations contained therein and allege that

there is no need to award attorneys fees in this matter since the present default, if any, has been occasioned by the acts of movant.

WHEREFORE debtors pray that the motion be denied; for their costs incurred herein and such other and further relief as may be just and proper in the premises.

Dated this 10th day of August, 2009.

ALPHONSO EPPERSON

JENNIFER MARIE EPPERSON

A copy of the foregoing mailed this 10th day of August, 2009 to:

Edward J. Maney, Esq.
PO Box 10434
Phoenix, Arizona 85064-0434

Mark S. Bosco
TIFFANY & BOSCO, PA
2525 E. Camelback Road, Suite 300
Phoenix, Arizona 85016-4237

08/12/2009