**SIGNED.**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

Dated: October 12, 2009

## Minute Entry



_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**

### Hearing Information:

| | |
|---|---|
| **Debtor:** | ALPHONSO E.H. & JENNIFER MARIE EPPERSON |
| **Case Number:** | 2:09-bk-05146-SSC  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 07, 2009 11:00 AM 7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

### Matter:

CONTINUED HEARING RE Objection to Confirmation of chapter 13 plan filed by PATRICIA DOYLE-KOSSICK of PATRICIA DOYLE-KOSSICK, PLC on behalf of JPMORGAN CHASE BANK, N.A.

**R / M #:** 19 / 0

### Appearances:

RONALD HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
JENNIFER MARIE EPPERSON
PATRICIA DOYLE-KOSSICK, ATTORNEY FOR JP MORGAN CHASE BANK

### Proceedings:

Ms. Doyle-Kossick states that the debtor will accept the claim amount of $11,384.80, 5% interest, and 1% adequate protection. Mr. Hoffbauer states his concerns with the stay relief motion of Wells Fargo, and the court's order vacating the stay. He notes that a certificate of no objection was filed by Wells Fargo, but the debtor had filed a response to the stay relief motion. Ms. Epperson states that she has a stipulation with Wells Fargo.

COURT: THE COURT NOTES THAT THE OBJECTION BY JP MORGAN CHASE IS RESOLVED. MS. DOYLE-KOSSICK IS DIRECTED TO UPLOAD A FORM OF ORDER.

THE COURT NOTES THE STAY RELIEF MOTION FILED BY WELLS FARGO, DOCKET #31, AND THE RESPONSE THAT WAS FILED, DOCKET #36. IT IS ORDERED THAT THE ORDER ENTERED VACATING THE STAY, DOCKET #46, IS VACATED. IT IS FURTHER ORDERED SETTING A SECTION 105 STATUS HEARING IN THIS CASE FOR NOVEMBER 5, 2009 AT 10:00 A.M.

_____
HONORABLE SARAH SHARER CURLEY
United States Bankruptcy Judge