# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | ALPHONSO E.H. & JENNIFER MARIE EPPERSON |
| **Case Number:** | 2:09-bk-05146-SSC   **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 05, 2009 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

SECTION 105 STATUS HEARING ON CASE

**R / M #:**   19 / 0

## Appearances:

RONALD HOFFBAUR, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
ALPHONSO E.H. EPPERSON
LEONARD MCDONALD, WELLS FARGO BANK

## Proceedings:

Mr. Hoffbauer states that Mr. McDonald is going to find out the correct amount owed and then a catch up payment plan, or a moratorium may need to be done. He states that once this is done this case will be close to confirmation.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO DECEMBER 9, 2009 AT 10:00 A.M.