# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** ALPHONSO E.H. & JENNIFER MARIE EPPERSON
**Case Number:** 2:09-bk-05146-SSC  **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 14, 2010 01:30 PM  7TH FLOOR #701
**Bankruptcy Judge:** SARAH SHARER CURLEY
**Courtroom Clerk:** WANDA GARBERICK
**Reporter / ECR:** ANDAMO PURVIS

## Matter:

CONTINUED SECTION 105 STATUS HEARING ON CASE (Rescheduled fr 12/17/09

**R / M #:**  19 / 0

## Appearances:

RONALD HOFFBAUER, ATTORNEY FOR EDWARD J. MANEY, TRUSTEE
ALPHONSO E.H. EPPERSON
WILLIAM FISHBURN, ATTORNEY FOR WELLS FARGO

## Proceedings:

Mr. Epperson states that Wells Fargo has been very difficult to deal with. He states that he has money for catch up payments and would like an order for a six month cure, but has not been able to get a breakdown on the payments from Wells Fargo.

COURT: IT IS ORDERED THAT COUNSEL FOR WELLS FARGO WILL GET AN ITEMIZED BREAKDOWN OF THE PAYMENT, THE MISSING PAYMENTS, AND ANY CHARGES. IT IS FURTHER ORDERED CONTINUING THIS HEARING TO JANUARY 28, 2010 AT 10:00 A.M.