**SIGNED.**

**TIFFANY & BOSCO**
P.A.
2525 E. CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192
Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-08758

**Dated: January 21, 2011**

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Alphonso E.H. Epperson and Jennifer Marie Epperson<br>Debtors.<br><br>Wells Fargo Home Mortgage<br><br>Movant,<br>vs.<br><br>Alphonso E.H. Epperson and Jennifer Marie Epperson, Debtors; Edward J. Maney, Trustee.<br><br>Respondents. | No. 2:09-bk-05146-SSC<br><br>Chapter 13<br><br>(Related to Docket #31)<br><br>**ORDER** |

IT IS ORDERED that the Debtors will cure the post-petition arrearages currently due as follows:

1

| | | |
|---|---|---|
| 7 Monthly Payments at $1,262.42 | | $8,840.58 |
| (August 1, 2010 – February 1, 2011) | | |
| 6 Late Charges at $43.77 | | $262.62 |
| (August 16, 2010 - January 16, 2010) | | |
| Suspense Amount | | ($444.94) |
| Total | | $8,658.26 |

The total arrearage shall be made in certified funds payable to Wells Fargo Home Mortgage and delivered to the offices of Tiffany & Bosco, PA on or before February 7, 2011. If payment in full is not received by February 7, 2011, Movant is authorized to lodge an Order for relief at that time.